# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |

## SHORT FORM COMPLAINT AND JURY DEMAND

The Plaintiffs named herein through Exhibit A file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

## Plaintiffs

1. Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

## Defendants

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| | |
|---|---|
| Defendant 1 | 3M COMPANY, f/k/a Minnesota Mining and Manufacturing Company |
| Defendant 2 | AGC CHEMICALS AMERICAS INC. |
| Defendant 3 | AMEREX |
| Defendant 4 | ARCHROMA U.S. INC. |
| Defendant 5 | ARKEMA INC. |
| Defendant 6 | BASF CORPORATION |
| Defendant 7 | BUCKEYE FIRE EQUIPMENT COMPANY |
| Defendant 8 | CARRIER GLOBAL CORPORATION |
| Defendant 9 | CHEMDESIGN PRODUCTS, INC. |
| Defendant 10 | CHEMGUARD, INC. |
| Defendant 11 | CLARIANT CORPORATION, individually and as successor in interest to Sandoz Chemical Corporation |
| Defendant 12 | CORTEVA, INC., individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 13 | DUPONT DE NEMOURS INC., f/k/a DOWDUPONT, INC. |
| Defendant 14 | DYNAX CORPORATION |
| Defendant 15 | E.I. DUPONT DE NEMOURS AND COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 16 | NATIONAL FOAM, INC. |
| Defendant 17 | THE CHEMOURS COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 18 | THE CHEMOURS COMPANY FC, LLC, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 19 | TYCO FIRE PRODUCTS L.P. |
| Defendant 20 | UTC FIRE & SECURITY AMERICAS CORPORATION, INC. |
| Defendant 21 | |
| Defendant 22 | |
| Defendant 23 | |
| Defendant 24 | |

| | |
|---|---|
| Defendant 25 | |
| Defendant 26 | |
| Defendant 27 | |
| Defendant 28 | |
| Defendant 29 | |
| Defendant 30 | |

## Jurisdiction and Venue

4. Plaintiff alleges jurisdiction based on:

　　☐　　Diversity

　　☐　　Federal Question

　　☒　　The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

　　☐　　Other: _____.

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

## Plaintiff's Allegations of Exposure

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

   - Direct exposure to AFFF (i.e. use or handling of AFFF); and/or
   - Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or
   - Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

## Plaintiff's Alleged Injuries

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

　　Kidney Cancer
　　Testicular Cancer

       Thyroid Disease
       Ulcerative Colitis
       Liver Cancer
       Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

## Causes of Action

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

       Count I – Defective Design
       Count II – Failure to Warn
       Count III – Negligence
       Count IV – Negligence Per Se
       Count V – Trespass and Battery
       Count VI – Strict Product Liability
       Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
       Count VIII – Concealment, Misrepresentation, and Fraud
       Count IX – Conspiracy
       Count X – Wrongful Death
       Count XI – Loss of Consortium

       <u>Other Causes of Action</u>:
       Count XII – Negligent, Intentional, and Reckless Infliction of Emotional Distress
       Count XIII – _____
       Count XIV –   _____
       Count XV –    _____
       Count XVI –   _____
       Count XVII –  _____
       Count XVIII – _____
       Count XIX –   _____
       Count XX –    _____
       Others

_____

**Jury Demand**

10. Plaintiffs demand a trial by jury as to all claims in this action.

Date: August 27, 2025

                                                        Respectfully Submitted,

                                                        __/s/ James Bilsborrow_____
                                                        James Bilsborrow
                                                        Weitz & Luxenberg, PC
                                                        700 Broadway
                                                        New York, NY 10003
                                                        Tel: (212) 558-5500
                                                         jbilsborrow@weitzlux.com

                                                        *Attorney for Plaintiffs*

**Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873[1]**

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Tokarski, Albert | 6/23/1933 | Maryland | Maryland: Baltimore Division (D. Md.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 2. | Tolan, Christina | 6/29/1984 | South Carolina | South Carolina: Florence Division (D.S.C.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 3. | Topps, James | 9/12/1955 | Illinois | Northern District of Illinois: Eastern Division (N.D. Ill.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 4. | Torkel, Evan | 12/31/1993 | New Jersey | New Jersey: Newark Division (D.N.J.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 5. | Torres, Jason | 12/29/1966 | Missouri | Western District of Missouri: Springfield Division (W.D. Mo.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 6. | Torres, Richard | 5/11/1958 | Ohio | Northern District of Ohio: Western Division (N.D. Ohio) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 7. | Torres, Yolanda | 4/28/1958 | California | Eastern District of California: Sacramento Division (E.D. Cal.) | No | Yes | No | Kidney Cancer, Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 8. | Tousley, Claurel | 11/11/1945 | Alabama | Southern District of Alabama: Mobile Division (S.D. Ala.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 9. | Towey, Malachi | 3/8/1941 | New Jersey | New Jersey: Trenton Division (D.N.J.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.
[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 10. | Towns, Alvin | 10/6/1951 | New York | Eastern District of New York (E.D.N.Y.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 11. | Townsend, Larry | 6/22/1959 | Virginia | Eastern District of Virginia: Norfolk Division (E.D. Va.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 12. | Traba, Mario | 3/30/1956 | California | Central District of California: Western Division (C.D. Cal.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 13. | Tracy, Carla | 6/25/1960 | Illinois | Northern District of Illinois: Western Division (N.D. Ill.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 14. | Tracy, John | 6/26/1990 | New Jersey | New Jersey: Trenton Division (D.N.J.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 15. | Trahan, Warren | 1/31/1953 | Texas | Southern District of Texas: Galveston Division (S.D. Tex.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 16. | Tramontano, Giorgia | 5/25/1983 | California | Central District of California: Western Division (C.D. Cal.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 17. | Travelstead, Stephen | 10/20/1962 | South Carolina | South Carolina: Orangeburg Division (D.S.C.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 18. | Traver, Claudette | 7/24/1967 | Massachusetts | Massachusetts (D. Mass.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 19. | Travers, Glenn | 1/4/1972 | Virginia | Eastern District of Virginia: Newport Division (E.D. Va.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 20. | Traylor, Thomas | 4/28/1949 | California | Central District of California: Western Division (C.D. Cal.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 21. | Trejo, Gilbert | 6/12/1962 | Arizona | Arizona: Phoenix Division (D. Ariz.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 22. | Trent, Mercedes | 8/11/1992 | Texas | Northern District of Texas: Dallas | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Division (N.D. Tex.) | | | | | |
| 23. | Trevino, Joel | 10/1/1997 | Texas | Northern District of Texas: Fort Worth Division (N.D. Tex.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 24. | Trost, John | 11/30/1959 | New York | Eastern District of New York (E.D.N.Y.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 25. | Troxell, Richard | 2/16/1984 | Tennessee | Eastern District of Tennessee: Southern Division (E.D. Tenn.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 26. | Troyan, Hunter | 9/12/2000 | Florida | Southern District of Florida (S.D. Fla) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 27. | True, Jacqueline | 1/7/1950 | Connecticut | Connecticut (D. Conn.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 28. | Truglio, Richard | 12/10/1964 | New Jersey | New Jersey: Camden Division (D.N.J.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 29. | Tsoutsis, Alexandra | 5/19/1944 | Massachusetts | Massachusetts (D. Mass.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 30. | Tucker, Gary | 5/12/1949 | Arizona | Arizona: Phoenix Division (D. Ariz.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 31. | Tucker, Lynda | 9/1/1984 | South Carolina | South Carolina: Columbia Division (D.S.C.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 32. | Tucker, Timothy | 5/17/1969 | Ohio | Northern District of Ohio: Western Division (N.D. Ohio) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 33. | Tuggle, Sara | 12/19/1969 | Tennessee | Eastern District of Tennessee: Northeastern Division (E.D. Tenn.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 34. | Tullos, Teresa | 8/6/1977 | Texas | Western District of Texas: Austin Division (W.D. Tex.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | Turner, Candi | 10/18/1963 | Utah | Utah: Central Division (D. Utah) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 36. | Turner, Kristie | 2/2/1974 | Illinois | Northern District of Illinois: Eastern Division (N.D. Ill.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 37. | Turner, Lashawn | 11/17/1988 | Georgia | Northern District of Georgia: Newnan Division (N.D. Ga.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 38. | Turner, Melissa | 10/23/1966 | South Carolina | South Carolina: Anderson Division (D.S.C.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 39. | Turner Jr, Trayvon | 7/29/1987 | Maryland | Maryland: Baltimore Division (D. Md.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 40. | Tuttle, Deborah | 9/4/1957 | Tennessee | Western District of Tennessee: Eastern Division (W.D. Tenn.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 41. | Tyliszczak, Peter | 7/11/1989 | North Carolina | Western District of North Carolina: Asheville Division (W.D.N.C.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 42. | Tyndall Pedro, Marcia | 1/30/1973 | New Jersey | New Jersey: Newark Division (D.N.J.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 43. | Urban, Breann | 10/27/1995 | Nebraska | Nebraska (D. Neb.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 44. | Usher, Steven | 1/11/1965 | Tennessee | Eastern District of Tennessee: Northern Division (E.D. Tenn.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 45. | Ussery, Cretia | 12/4/1965 | Missouri | Western District of Missouri: Springfield Division (W.D. Mo.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 46. | Utley, James | 5/5/1983 | Oregon | Oregon: Eugene Division (D. Ore.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 47. | Van Inwegen, Davis | 1/7/2000 | North Carolina | Middle District of North Carolina: | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Winston-Salem Division (M.D.N.C.) | | | | | |
| 48. | Vanar, Erling | 2/11/1966 | Texas | Southern District of Texas: Houston Division (S.D. Tex.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 49. | Vance, Kelley | 5/15/1972 | Texas | Western District of Texas: Waco Division (W.D. Tex.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 50. | Vandever, Alonzo | 12/18/1973 | Florida | Northern District of Florida: Pensacola Division (N.D. Fla.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 51. | Vandiver, Norman | 4/9/1962 | Alabama | Northern District of Alabama: Northwestern Division (N.D. Ala.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 52. | Vann, Barry | 1/23/1960 | Georgia | Middle District of Georgia: Albany Division (M.D. Ga.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 53. | Vanorman, Julie | 4/13/1952 | Texas | Western District of Texas: San Antonio Division (W.D. Tex.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 54. | Varalli, Anthony | 12/30/1949 | Pennsylvania | Eastern District of Pennsylvania (E.D. Pa.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 55. | Vargas, Roger | 11/16/1970 | Illinois | Southern District of Illinois: East St. Louis Division (S.D. Ill.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 56. | Vasquez, Daniel | 11/1/1991 | Texas | Southern District of Texas (S.D. Tex.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 57. | Vasquez, Maria | 5/27/1968 | Michigan | Western District of Michigan (W.D. Mich.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 58. | Vassel, Brian | 7/25/1973 | Ohio | Northern District of Ohio: Eastern Division (N.D. Ohio) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 59. | Vazquez, Gloria | 9/10/1995 | Illinois | Northern District of Illinois: Eastern Division (N.D. Ill.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 60. | Vazquez, Pedro | 7/28/1954 | Florida | Middle District of Florida: Orlando Division (M.D. Fla.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 61. | Vega, Leonardo | 11/14/1988 | New Jersey | New Jersey: Camden Division (D.N.J.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 62. | Vegas, Mark | 7/28/1972 | Texas | Western District of Texas: San Antonio Division (W.D. Tex.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 63. | Veiga, Olivia | 5/12/1979 | Massachusetts | Massachusetts (D. Mass.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 64. | Vela, George | 6/9/1969 | Texas | Southern District of Texas (S.D. Tex.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 65. | Velasquez, Steve | 2/20/1953 | Utah | Utah: Central Division (D. Utah) | No | Yes | No | Kidney Cancer, Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 66. | Ventura, Jennifer | 12/24/1985 | Connecticut | Connecticut (D. Conn.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 67. | Vera, Michelle | 5/13/1986 | New York | Eastern District of New York (E.D.N.Y.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 68. | Viamari, Syler | 7/8/1985 | Massachusetts | Massachusetts (D. Mass.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 69. | Vielmann, George | 9/20/1975 | California | Central District of California: Eastern Division (C.D. Cal.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 70. | Vilandry, Maxwell | 8/15/2000 | Florida | Southern District of Florida (S.D. Fla) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 71. | Vilardi, Anthony | 12/16/1948 | Georgia | Southern District of Georgia: | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Brunswick Division (S.D. Ga.) | | | | | |
| 72. | Villalobos, Thomas | 8/21/1996 | California | Eastern District of California: Sacramento Division (E.D. Cal.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 73. | Villalpando, Jimmy | 7/27/1982 | California | Central District of California: Western Division (C.D. Cal.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 74. | Villanueva Jr., Alberto | 2/1/1943 | Virginia | Eastern District of Virginia: Norfolk Division (E.D. Va.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 75. | Villanueva-Castano, Jules | 1/15/1981 | California | Northern District of California: San Jose Division (N.D. Cal.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 76. | Vincent, Albert | 11/27/1961 | Tennessee | Middle District of Tennessee: Nashville Division (M.D. Tenn.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 77. | Vinson, Tonya | 11/14/1962 | Virginia | Eastern District of Virginia: Newport Division (E.D. Va.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 78. | Voelker, Lindsy | 6/10/2001 | Massachusetts | Massachusetts (D. Mass.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 79. | Volz, David | 10/3/1970 | Georgia | Northern District of Georgia: Rome Division (N.D. Ga.) | No | Yes | No | Thyroid Cancer, Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 80. | Wackernagle, Vanessa | 2/22/1971 | Ohio | Southern District of Ohio: Eastern Division (S.D. Ohio) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 81. | Wade, Royce | 3/17/1958 | Alabama | Southern District of Alabama: Selma Division (S.D. Ala.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 82. | Wagner, Allen | 4/21/1952 | Wisconsin | Eastern District of Wisconsin: Green | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Bay Division (E.D. Wis.) | | | | | |
| 83. | Wagner, Elizabeth | 10/7/1987 | Pennsylvania | Western District of Pennsylvania (W.D. Pa.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 84. | Wagner, Randall | 7/31/1971 | Nebraska | Nebraska (D. Neb.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 85. | Wagner, William | 3/26/1970 | New York | Western District of New York (W.D.N.Y.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 86. | Wakeland, Joshua | 11/14/1980 | California | Eastern District of California: Sacramento Division (E.D. Cal.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 87. | Waldo, Robert | 3/1/1979 | Oklahoma | Western District of Oklahoma: Lawton Division (W.D. Okla.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 88. | Walke, James | 8/2/1971 | Michigan | Eastern District of Michigan: Southern Division (E.D. Mich.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 89. | Walker, Debra | 7/9/1959 | California | Northern District of California: San Francisco Division (N.D. Cal.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 90. | Walker, Jacenta | 12/7/1953 | Florida | Northern District of Florida: Pensacola Division (N.D. Fla.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 91. | Walker, Janice | 7/15/1963 | Alabama | Northern District of Alabama: Middle Division (N.D. Ala.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 92. | Walker, Natosha | 1/22/1984 | California | Central District of California: Eastern Division (C.D. Cal.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 93. | Walker, Rubin | 1/16/1973 | New Jersey | New Jersey: Newark Division (D.N.J.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 94. | Walker, William | 7/25/1984 | New Mexico | New Mexico (D.N.M.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 95. | Wallace, Donald | 3/3/1973 | California | Central District of California: Western Division (C.D. Cal.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 96. | Wallace, Michael | 9/24/1952 | Kansas | Kansas (D. Kan.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 97. | Wallace, Richard | 4/15/1966 | North Carolina | Middle District of North Carolina (M.D.N.C.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 98. | Walls, Reginal | 3/10/1971 | Texas | Southern District of Texas (S.D. Tex.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 99. | Walter, Alexa | 8/3/1995 | South Carolina | South Carolina: Charleston Division (D.S.C.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 100. | Walters, Rose | 1/15/1959 | Pennsylvania | Middle District of Pennsylvania (M.D. Pa.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 101. | Walters, Tammy | 12/5/1962 | North Carolina | Eastern District of North Carolina: Eastern Division (E.D.N.C.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 102. | Walton, Rosa | 10/1/1940 | Kentucky | Western District of Kentucky: Louisville Division (W.D. Ky.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 103. | Wantland, Reta | 5/3/1955 | Ohio | Southern District of Ohio: Eastern Division (S.D. Ohio) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 104. | Waples, Betty | 10/28/1957 | Texas | Northern District of Texas: Fort Worth Division (N.D. Tex.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 105. | Warchol, Ryan | 9/22/1977 | Florida | Middle District of Florida: Jacksonville | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Division (M.D. Fla.) | | | | | |
| 106. | Ward, Jeff | 7/31/1990 | South Carolina | South Carolina: Florence Division (D.S.C.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 107. | Ward, Kyra | 1/6/1982 | Nevada | Nevada (D. Nev.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 108. | Ward, Stormy | 8/7/1955 | Texas | Northern District of Texas (N.D. Tex.) | No | Yes | No | Kidney Cancer, Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 109. | Ware, William | 9/20/1961 | Virginia | Eastern District of Virginia: Alexandria Division (E.D. Va.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 110. | Warfield, Dennis | 11/2/1951 | Connecticut | Connecticut (D. Conn.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 111. | Warner, Elizabeth | 2/10/1950 | California | Central District of California: Western Division (C.D. Cal.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 112. | Warren, Rodrick | 11/3/1971 | Texas | Southern District of Texas: Houston Division (S.D. Tex.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 113. | Washburn, Linda | 1/2/1955 | California | Eastern District of California: Sacramento Division (E.D. Cal.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 114. | Washburn, Sarah | 9/5/1972 | Texas | Northern District of Texas: Fort Worth Division (N.D. Tex.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 115. | Washington, Horace | 10/2/1951 | Florida | Southern District of Florida (S.D. Fla) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 116. | Wasserman, Monica | 11/12/1984 | Nevada | Nevada (D. Nev.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 117. | Waters, George | 2/22/1962 | Maryland | Maryland: Baltimore Division (D. Md.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 118. | Watkins, Amy | 7/15/1991 | Alaska | Alaska: Anchorage Division (D. Alaska) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 119. | Watkins, Theresa | 6/23/1948 | Minnesota | Minnesota: Minneapolis Division (D. Minn.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 120. | Watson, Anthony | 7/17/1953 | Louisiana | Eastern District of Louisiana (E.D. La.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 121. | Watson, William | 4/29/2003 | Connecticut | Connecticut (D. Conn.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 122. | Weathers, Christina | 6/10/1974 | Missouri | Western District of Missouri: Jefferson City Division (W.D. Mo.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 123. | Webb, Dane | 12/13/1991 | Nevada | Nevada (D. Nev.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 124. | Webb, Heavenly | 9/22/1990 | North Carolina | Middle District of North Carolina: Greensboro Division (M.D.N.C.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 125. | Webb, Kevin | 10/28/1960 | Louisiana | Eastern District of Louisiana (E.D. La.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 126. | Webb, Mamie | 11/6/1953 | Georgia | Northern District of Georgia: Atlanta Division (N.D. Ga.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 127. | Weber, Drew | 8/15/1947 | Idaho | Idaho: Southern Division (D. Idaho) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 128. | Weber, James | 1/2/1954 | California | Central District of California: Eastern Division (C.D. Cal.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 129. | Weber, Jeffrey | 1/23/1960 | Nebraska | Nebraska (D. Neb.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 130. | Weber, Jeffrey | 2/23/1996 | Ohio | Southern District of Ohio: Western | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Division (S.D. Ohio) | | | | | |
| 131. | Weber, Wendy | 11/21/1957 | North Carolina | Eastern District of North Carolina: Southern Division (E.D.N.C.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 132. | Weems Jr., Joe | 1/26/1977 | Oklahoma | Western District of Oklahoma: Oklahoma City Division (W.D. Okla.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 133. | Weiland, David | 4/14/1961 | Florida | Southern District of Florida (S.D. Fla) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 134. | Weinbaum, Martin | 6/13/1947 | Florida | Southern District of Florida (S.D. Fla) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 135. | welch, James | 4/17/1967 | North Carolina | Western District of North Carolina: Charlotte Division (W.D.N.C.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 136. | Welch, Lisa | 6/24/1975 | Florida | Northern District of Florida: Pensacola Division (N.D. Fla.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 137. | Wells, Albert | 8/21/1977 | Mississippi | Southern District of Mississippi (S.D. Miss.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 138. | Wells, David | 11/10/1972 | Idaho | Idaho: Eastern Division (D. Idaho) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 139. | Wells, Elonda | 5/8/1963 | Kentucky | Western District of Kentucky: Louisville Division (W.D. Ky.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 140. | Wells, Kathy | 6/1/1969 | Mississippi | Southern District of Mississippi (S.D. Miss.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 141. | Wells, Timothy | 9/5/1972 | Missouri | Western District of Missouri: Springfield Division (W.D. Mo.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 142. | West, Belinda | 7/19/1959 | Florida | Middle District of Florida: Tampa Division (M.D. Fla.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 143. | West, Thomas | 10/16/1958 | West Virginia | Northern District of West Virginia: Clarksburg Division (N.D. W.Va.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 144. | Westenbarger, Derek | 2/7/1982 | Kentucky | Western District of Kentucky: Owensboro Division (W.D. Ky.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 145. | Wheatley, Rebekah | 4/10/1975 | Illinois | Central District of Illinois (C.D. Ill.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 146. | | | | | | | | | |
| 147. | | | | | | | | | |
| 148. | | | | | | | | | |
| 149. | | | | | | | | | |
| 150. | | | | | | | | | |